1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHMOND ENGINEERING, INC. a California corporation doing business as LEWIS TOOLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNNY WAYNE STRAUCH, an individual; JOHN H. DAVIS, an individual,<br><br>　　　　　Defendants. | Civil Action No.: 06 cv 1689 JLS AJB<br><br>ORDER CONTINUING CLAIM CONSTRUCTION HEARING AND RELATED PRE-HEARING PATENT DISCLOSURE DATES<br><br>(Doc. No. 43) |

Having considered the Joint Motion filed by Plaintiff and Cross-Defendant Richmond Engineering, Inc., doing business as Lewis Lifetime Tools ("Lewis Tools") and Defendants and Cross-Complainants Johnny Wayne Strauch ("Strauch") and John H. Davis ('Davis")(collectively "Defendants"), through their attorneys, the Court hereby grants the Motion and:

1

06cv1689

IT IS HEREBY ORDERED that the following dates set forth in the Court's Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings ("CMC Order") are continued to the date indicated:

The deadline set forth in Paragraph 5(a) & (b) of the CMC Order for the simultaneous exchange of preliminary claim construction and identification of extrinsic evidence is changed from September 19, 2007 to *November 7, 2007*.

The deadline set forth in Paragraph 5(c),(d) & (e) of the CMC Order for the simultaneous exchange of "Responsive Claim Constructions" and identity of extrinsic evidence and subsequent obligation to meet and confer is changed from October 17, 2007 to *December 5, 2007*.

The deadline set forth in Paragraph 6(a), (b), (c) & (d) of the CMC Order for the completion of a Joint Claim Construction Chart, Joint Claim Construction Worksheet and Joint Hearing Statement is changed from November 7, 2007 to *January 18, 2008*.

The date set for the a telephonic Case Management Conference before **Honorable Anthony J. Battaglia** is changed from December 14, 2007 at 9:00 a.m. **to January 25, 2008 at 9 a.m.  Plaintiff's counsel shall initiate the call.**

The deadline set forth in Paragraph 7 of the CMC Order for the completion of claim construction discovery is changed from December 7, 2007 to *February 15, 2008*.

The deadline set forth in Paragraph 8(a) of the CMC Order for the simultaneous filing and service of opening briefs and supporting evidence is changed from January 18, 2008 to *February 29, 2008*.

The deadline set forth in Paragraph 8(b) of the CMC Order for the simultaneous filing and service of opening briefs and supporting evidence is changed from February 1, 2008 to *March 21, 2008*.

//

//

1  The date of the Claim Construction Hearing before the **Honorable Janis L.**
2  **Sammartino** is changed from March 10, 2008 at 1:00 p.m**. to April 29, 2008 at 9:00 a.m.**
3  IT IS SO ORDERED.

Dated:  ___October 3, 2007_

```
                         Hon. Janis. L. Sammartino
                         U.S. District Judge
                         United States District Court
```

3

06cv1689